MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
THE LAW OFFICE OF MIKE BEEDE, PLLC
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
Telephone (702) 473-8406
Facsimile (702) 832-0248
eservice@legallv.com
*Attorney for Suzannah R. Noonan IRA LLC, and James M. Allred IRA LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. 16-16593-ABL |
| ALESSI & KOENIG, LLC, | Chapter 7 |
| Debtor. | Adversary Case No. 17-01148-ABL |
| SUZANNAH R. NOONAN IRA LLC; and JAMES M. ALLRED IRA LLC, | |
| Plaintiffs, | |
| v. | |
| NIKOLAY IANAKIEV; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WESTERN PROGRESSIVE NEVADA, INC.; U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF GSAA 2005-14 TRUST; DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR CERTIFICATEHOLDERS OF GSR TRUST 2005-HEL-1, MORTGAGE-BACKED NOTES, SERIES 2005-HEL-1; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, | **CERTIFICATE REQUIRED BY LR 5004** |
| Defendants. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL | |

1

|   |   |
|---|---|
| 1 | ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-14, ASSET-BACKED CERTIFICATES, SERIES 2005-14, an Ohio corporation, |
| 2 | |
| 3 | |
| 4 | Counter-claimant, |
| 5 | v. |
| 6 | SUZANNAH R. NOONAN IRA LLC, a limited liability company; and JAMES M. ALLRED IRA LLC, a limited liability company; ROBINDALE VILLAS HOMEOWNERS ASSOCIATION, a Nevada domestic non-profit corporation; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Counter-Defendants. |

Pursuant to Local Rule 5004 of the U.S. Bankruptcy Court Rules for the District of Nevada, the undersigned, Michael N. Beede, Esq. of The Law Office of Mike Beede, PLLC, as counsel of record for Suzannah R. Noonan IRA LLC and James M. Allred IRA LLC, hereby certifies that there are no other known interested parties to this adversary proceeding other than those disclosed in this Certificate.

Suzannah R. Noonan IRA LLC is a domestic limited liability company doing business in Nevada, and its sole member is Suzannah R. Noonan, an individual. James M. Allred IRA LLC is a domestic limited liability company doing business in Nevada, and its sole member is James M. Allred, an individual. To the best of their knowledge there are no known interested parties other than those participating in the case.

///
///
///
///
///
///

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 10th day of May, 2017.

                                      THE LAW OFFICE OF MIKE BEEDE, PLLC

                                      By: */s/ Michael Beede, Esq.*_____
                                              Michael N. Beede, Esq.
                                              Nevada Bar No. 13068
                                              2470 St. Rose Pkwy, Suite 201
                                              Henderson, NV 89074
                                              Telephone (702) 473-8406
                                              Facsimile (702) 832-0248
                                              eservice@legallv.com
                                              *Attorney for Suzannah R. Noonan IRA LLC,*
                                              *and James M. Allred IRA LLC*

**CERTIFICATE OF SERVICE**

I am employed by The Law Office of Mike Beede, PLLC in Clark County. I am over the age of 18 and not a party to this action. My business address is 2470 St. Rose Parkway, Suite 201, Henderson, Nevada 89074.

On May 10, 2017, I served the document(s), described as:
**CERTIFICATE REQUIRED BY LR 5004**

☒ by placing the ☐ original ☒ a true copy thereof enclosed in a sealed envelope addresses as follows:

DEUTSCHE BANK NATIONAL TRUST COMPANY
701 S. CARSON STREET #200
CARSON CITY, NV 89701

NIKOLAY P. IANAKIEV
320 FOUNTAIN CROSSING
HENDERSON, NV 89074

☒ a.   ECF System *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**MICHAEL N. BEEDE**   mike@legallv.com; eservice@legallv.com

**CHELSEA A. CROWTON**   ccrowton@wrightlegal.net; nvbkfiling@wrightlegal.net; jcraig@wrightlegal.net

**JOSEPH P. GARIN**   snutt@lipsonneilson.com; pjimenez@lipsonneilson.com

**CHRISTINA V. MILLER**   cmiller@wrightlegal.net

**DANA JONATHON NITZ**   dnitz@wrightlegal.net; nvbkfiling@wrightlegal.net; jcraig@wrightlegal.net

☒b.   BY U.S. MAIL. I deposited such envelope in the mail in Henderson, Nevada. The envelope(s) were mailed with postage thereon fully prepaid.

*/s/ Allison Zeason*_____
An Employee of The Law Office of Mike Beede, PLLC